**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| CATHERINE SPOON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAGINGBULL.COM, LLC,<br><br>Defendant. | Case No. 3:26-cv-00957-E |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR AN EXTENSION**
 **OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**

This matter, coming to be heard on "Defendant's Unopposed Motion for an Extension of Time to Answer, Move, or Otherwise Respond to the Complaint" (hereafter, the "Motion"), which was filed on May 29, 2026, due notice having been given, the relevant Parties being in agreement, and for good cause shown, **IT IS HEREBY ORDERED** that: (i) the Motion is **GRANTED** for all the reasons stated therein; and (ii) Defendant shall have until **June 16, 2026** to answer, move, or otherwise respond to Plaintiff's Complaint (*see* Dkt. 1).

 **SO ORDERED THIS ___ DAY OF _____, 2026,**

 By:_____
 Hon. Ada Brown
 United States District Judge