**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| CATHERINE SPOON, on behalf of herself and all others similarly situated,<br><br><br>Plaintiff,<br><br>v.<br><br>RAGINGBULL.COM, LLC,<br><br>Defendant. | <br><br><br><br><br>Case No. 3:26-cv-00957-E |

**NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY**

Plaintiff Catherine Spoon ("Plaintiff") and Defendant Ragingbull.com, LLC ("Defendant") (collectively, the "Parties"), with Defendant's notice and permission, hereby respectfully inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis.  The Parties anticipate that a notice of voluntary dismissal in this regard, dismissing the entire case, will be filed in the next sixty (60) days. In the meantime, so that the Parties can finalize their resolution without incurring litigation expenses or burdening the Court or its resources, the Parties joint and respectfully request that the Court vacate all pending case deadlines and temporarily stay the case, and that the Court retain jurisdiction, so that the parties can finalize their resolution.

Dated: June 15, 2026

Respectfully submitted,

By: /s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff and the Putative Class*

- 1 -

## CERTIFICATE OF SERVICE

I, hereby certify that on June 15, 2026, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
