## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **CATHERINE SPOON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No.  3:26-cv-00957-E** |
| | § | |
| **RAGINGBULL.COM, LLC** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Plaintiff filed a Notice of Settlement.  ECF No. 8.   Accordingly, the Court **STAYS** all deadlines and **ORDERS** the Parties to file a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii)) no later than **July 31, 2026**.  If a stipulation of dismissal is not filed by this deadline and further proceedings become necessary or desirable, Parties should immediately file a Joint Status Report with this Court.

**SO ORDERED** this **June 16, 2026**.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE