**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| CATHERINE SPOON, on behalf of herself and all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>RAGINGBULL.COM, LLC<br><br>            Defendant. | No. 3:26-cv-00957-E |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

The Plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P.

41(a) with each party to bear its own costs and fees.


                                          Respectfully Submitted,

Dated: July 6, 2026                       */s/ Anthony I. Paronich*
                                          Anthony I. Paronich
                                          Paronich Law, P.C.
                                          350 Lincoln Street, Suite 2400
                                          Hingham, MA 02043
                                          (508) 221-1510
                                          anthony@paronichlaw.com

                                          *Attorneys for Plaintiff*

1